MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MEGAN DUNHAM (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:          mbarnes@sonnenschein.com
                     smartin@sonnenschein.com
                     mdunham@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MARILYN MADDEN,<br><br>    Defendant. | No. C08 03487 HRL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 28, 2008                                SONNENSCHEIN NATH & ROSENTHAL LLP


                                                             By _____ */s/ Megan Dunham*_____
                                                                         Megan Dunham

                                                             Attorneys for Defendant
                                                             ALLSTATE INSURANCE COMPANY