UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Allstate Insurance Company, an Illinois corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>Marilyn Madden,<br><br>        Defendant.<br>_____/ | No. C08-03487<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 18, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **November 21, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on November 14, 2008.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: July 29, 2008                                       RICHARD W. WIEKING, Clerk
                                                                   United States District Court

                                                                    _/s/ *Patty Cromwell*_
                                                                    By: Patty Cromwell, Courtroom Deputy
                                                                    to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Michael A. Barnes    mbarnes@sonnenschein.com, msaplala@sonnenschein.com

Megan Lynn Dunham    mdunham@sonnenschein.com, gcourtney@sonnenschein.com

Sonia Renee Martin    smartin@sonnenschein.com, clakes@sonnenschein.com, msaplala@sonnenschein.com