| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Megan Dunham, 245991<br>SONNENSCHEIN, NATH ET AL (SF)<br>525 Market Street<br>San Francisco, CA 94105-2708 | (415) 882-5000 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>40000000-0420 | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF

Allstate Insurance Company

DEFENDANT

Marilyn Madden

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C08-03487 JF |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Letter Dated Aug. 25, 2008, Civil Cover Sheet, First Amended Complaint for Declaratory Relief and Reimbursement, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Order Setting Initial Case Management Conference, See Attachment

2. Party Served:          Marilyn Madden

3. Person Served:         party in item 2

4. Date & Time of Delivery:   8/27/2008          5:45 PM

5. Address, City and State:   112 Linden Street
                              Santa Cruz, CA 95062

6. Manner of Service:     Personal Service - By personally delivering copies.



Fee for Service: $ 99.00

Registered California process server.
County: MONTEREY
Registration No.: 112

Charles Lincoln
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/28/2008 at Oakland, California.

Signature: _____
           Charles Lincoln

FF# 6669281

Attachment:

Electronic Case Filing Program, Dispute Resolution Procedures, Notice of Assignment of Case to a U.S. Magistrate Judge for Trial, Miscellaneous Standing Orders and Forms, Clerk's Notice of Impending Reassignment to a United States District Judge, Reassignment Order