1  GARY S. ROSE #83744
   SUSAN D. PELMULDER #234731
2  FLYNN, ROSE & PERKINS
   59 North Santa Cruz Avenue, Suite Q         **E-Filed 2/24/09**
3  Los Gatos, California 95030
   (408) 399-4566
4  gsroselaw@hotmail.com
   sue@pelmulder.com
5
   Attorneys for Defendant and
6  Counter-Claimant
   MARILYN MADDEN
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | Case No. **C08 03487 JF** |
| Plaintiff, | STIPULATION OF THE PARTIES REQUESTING CONTINUANCE OF THE APRIL 3, 2009 CASE MANAGEMENT CONFERENCE IN THIS MATTER; ~~PROPOSED~~ ORDER |
| vs. | |
| MARILYN MADDEN, | |
| Defendant. | Action Filed:   July 28, 2008 |
| MARILYN MADDEN. | |
| Counter-Claimant and Third Party Claimant, | |
| vs. | |
| ALLSTATE INSURANCE COMPANY, and EXCEL RESTORATION, INC. dba STEAMATIC OF BAKERSFIELD, a California Corporation, | |
| Counter-Defendant and Third Party Defendant. | |

STIPULATION AND [PROPOSED] ORDER
Page 1

Plaintiff and Counter-Defendant ALLSTATE INSURANCE COMPANY, through its counsel of record in this matter, Megan Dunham, Sonnenschein, Nath & Rosenthal LLP; Defendant and Counter-Claimant MARILYN MADDEN, through her counsel of record in this matter, Susan D. Pelmulder, Flynn, Rose & Perkins; and Third-Party Defendant EXCEL RESTORATION, INC., through its counsel of record, Lisa Lenoci, Dimalanta Clark, LLP, hereby enter into the following stipulation:

Based on the facts set forth below, the parties hereby request that the Court continue the Case Management Conference ("CMC") and deadline to complete mediation in this matter, currently set for April 3, 2009, for an additional 30 days. The parties have agreed to private mediation before Mr. Bening. Due to conflicts of schedules between the parties and mediator, the first available date is April 23, 2009, which the parties have scheduled for mediation.

DATE: February 23, 2009          FLYNN, ROSE & PERKINS

                                 By      /S/ Susan D. Pelmulder
                                     SUSAN D. PELMULDER
                                     Attorney for MARILYN MADDEN


DATE: February 23, 2009          SONNENSCHEIN, NATH & ROSENTHAL

                                 By      /S/ Megan L. Dunham
                                     MEGAN L. DUNHAM
                                     Attorney for ALLSTATE INSURANCE
                                     COMPANY


DATE: February 23, 2009          DIMALANTA CLARK LLP

                                 By      /S/ Lisa A. Lenoci
                                     LISA A. LENOCI
                                     Attorney for EXCEL RESTORATION,
                                     INC. dba STEAMATIC OF
                                     BAKERSFIELD

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the stipulations of the parties, and good cause appearing therefor, the Case Management Conference in this matter, currently set for April 3, 2009 at 10:30 a.m. is continued to  May 8 , 2009 at 10:30 a.m, by which time the parties are required to have completed mediation.

IT IS SO ORDERED.

DATE: 2/24/09

_____
HONORABLE JEREMY FOGEL
Judge, U. S. District Court