**E-Filed 7/22/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | C 08-3487 JF (HRL) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MARILYN MADDEN, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT | |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings set in this matter are VACATED.

Dated: July 22, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-3487 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)

1  Copies of Order served on:

2  Gary S. Rose , Esq    gsroselaw@hotmail.com

3  Lisa A. Lenoci    lal@dimalantaclark.com

4

5  Megan Lynn Dunham    mdunham@sonnenschein.com, gcourtney@sonnenschein.com

6  Michael A. Barnes    mbarnes@sonnenschein.com, ahankins@sonnenschein.com,
7  cpresley@sonnenschein.com

8  Sonia Renee Martin    smartin@sonnenschein.com, clakes@sonnenschein.com

9
10  Susan D. Pelmulder    sue@pelmulder.com

2

Case No. C 08-3487 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)